Michael Pistachio
vs.                  } W.C.A.No.564
Martinique Restaurant

March 5, 1926.

TANNER, P. J. This is a petition under the Workmen's Compensation Act in which the petitioner claims that he was employed in a restaurant, and that he had eaten a meal of blue fish and Creole sauce at 2:15 P. M. on January 30, that said meal was a part of his compensation; that fifteen minutes therafterwards he became ill and suffered from acute poisoning by reason of eating food which contained noxious bacilli.

Upon a consideration of the conflicting medical testimony in the case we do not think that the petitioner has proven by a fair preponderance of the evidence that his illness was caused as he alleged, but that he rather suffered from a severe case of constipation. We therefore think that he did not suffer from an accident arising out of and in the course of his employment as alleged in his petition.

The petition must therefore be denied and dismissed.

For Petitioner: John F. Mullen.

For Respondent: Lyman & McDonnell.

---

John T. Delano
vs.                  } Law No.3584
Interstate Trucking Co.

March 4, 1926

WALSH, J. The plaintiff in this case was a passenger in the automobile which was the subject of the case of DeLoss H. Scott vs. Interstate Trucking Company. Law 3583. Mr. Delano was a passenger and received quite severe injuries to his face and chin and lower left leg. He has a permanent scar on his chin and a numbness of the lip, which prevents comfortable shaving, drinking, talking, etc. The numbness and disability will be permanent, in the opinion of the doctor, as a nerve has been severed in the chin.

In view of our decision on liability in the case of DeLoss H. Scott versus this defendant, it is not necessary for us to discuss that phase of the motion for a new trial. The verdict of $1220. for Mr. Delano, which includes $118.40 for actual expense, is not, in our opinion, excessive.

Motion for new trial denied.

For Plaintiff: Sheffield & Harvey.

For Defendant: Sherwood, Heltzen & Clifford.